| | |
|---|---|
| LEMON LAW PARTNERS, LLP<br>Arthur J. Obolsky (SBN: 265747)<br>Anthony J. Sperber (SBN: 197962)<br>1808 Sixth Street<br>Berkeley, CA 94710<br><br>Attorneys for Plaintiffs<br>RICHARD JOHNSON AND<br>ELLIE JOHNSON | BOWMAN AND BROOKE LLP<br>Brian Takahashi (SBN: 146505)<br>970 West 190th Street, Suite 700<br>Torrance, California 90502<br>Tel No:   310/ 768-3068<br>Fax No:  310/ 719-1019<br><br>BOWMAN AND BROOKE LLP<br>Neil Kliebenstein (SBN: )<br>Michael C. Foley (SBN: )<br>1741 Technology Drive, Suite 200<br>San Jose, California 95110-1364<br>Tel No:   408/ 279-5393<br>Fax No:  408/ 279-5845<br><br>Attorneys for Defendant<br>JAGUAR LAND ROVER NORTH AMERICA, LLC |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON and ELLIE JOHNSON,<br><br>       Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC; and DOES 1 through 100,<br><br>       Defendants. | **CASE NO.: 3:20-cv-00441-CRB**<br><br>(Removed from the Superior Court of San Francisco County, Case No. CGC-19-581515)<br><br>Assigned to: Honorable Charles R. Beyer<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Action Filed:   December 13, 2019<br>Trial:          None |

/ / /

/ / /

1  **TO THE HONORABLE CHARLES R. BEYER:**

2 All of the conditions of the Settlement and Release Agreement have been
3 satisfied by the parties and, consequently, Plaintiffs Richard Johnson and Ellie
4 Johnson and Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC
5 hereby respectfully request this court dismiss this action with prejudice pursuant to
6 FRCP 41(a)(1).

7 DATED: August 4, 2022                               LEMON LAW PARTNERS, LLP

9                                                                            BY:/S/ Arthur J. Sperber
10                                                                           Anthony J. Sperber
                                                                             1808 Sixth Street
11                                                                           Berkeley, CA 94710
                                                                             Attorneys for Plaintiffs
12                                                                           RICHARD JOHNSON AND
13                                                                           ELLIE JOHNSON

16 DATED:  August 4, 2022                             BOWMAN AND BROOKE LLP
17                                                             BY:   /S/ Neil M. Kliebenstein
                                                                             Brian Takahashi
18                                                                           Neil Kliebenstein
                                                                             Michael C. Foley
19                                                                           Attorneys for Defendant
                                                                             JAGUAR LAND ROVER NORTH
20                                                                           AMERICA, LLC

## ORDER

Pursuant to the Parties' stipulation above, the matter entitled *RICHARD JOHNSON AND ELLIE JOHNSON v. JAGUAR LAND ROVER NORTH AMERICA, LLC,* Case No. 3:20-cv-00441-CRB pending before the above court is hereby dismissed with prejudice.

**IT IS SO ORDERED:**

DATED:  August 4, 2022                                              _____
                                                                                    Hon. Charles R. Beyer